

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 13 2026  ★

LONG ISLAND OFFICE

March 11, 2026

**CR-26-0058**

MEMORANDUM
**TO THE CLERK OF THE COURT**
**EASTERN DISTRICT OF NEW YORK**

SEYBERT, J.

RE: Campbell, Kareem
DOCKET #: 2:18-CR000149-001
**Request for Judicial Assignment**

Reference is made to Kareem Campbell (Campbell) who was sentenced by the Honorable William K. Sessions, U.S. District Judge, in the District of Vermont, on March 29, 2021, following a guilty plea to Count One: Conspiracy to Distribute 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), a Class B felony. Campbell received a custodial term of one hundred twenty (120) months, followed by five (5) years of supervised release. The following special conditions were imposed: 1) You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment; 2) You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner; and 3) You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment. A $100 special assessment fee was also ordered.

On November 27, 2025, Campbell commenced supervision in the Eastern District of New York (EDNY) due to his residence in Queens, New York.

The purpose of this memorandum is to advise that our counterparts in the District of Vermont have approved a transfer of jurisdiction due to Campbell's residence within the Eastern District of New York.

2

At this time, we are respectfully requesting that the case be assigned to a judicial officer in the Central Islip Courthouse, based on the location of Campbell's residence in Nassau County, New York. Please see the attached Probation Form 22, Transfer of Jurisdiction containing the signature of the judicial officer in the District of Vermont.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY:    *Ivette Farfan*    Ivette Farfan

Ivette Farfan
U.S. Probation Officer

APPROVED BY:    Alex Barcenes  Digitally signed by Alex Barcenes
Date: 2026.03.12 12:43:27 -04'00'

Alex Barcenes
Supervising U.S. Probation Officer